John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Brett L. Cirincione, Esq. (SBN 330807)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel:  (619) 235-8444
Fax:  (619) 294-8447

Attorneys for Defendants CITY OF INDIO, BROOK-LIN EDNEY, TIMOTHY LOPEZ, JOSEPH ARROYO, IVAN DURAN, DOUG HAYNES AND LISA CORTON

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TYANNA LIZARRAGA, individually and as successor-in-interest to Jose Albert Lizarraga Garcia,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF INDIO; BROOKE EDNEY; T. LOPEZ; JOSEPH ARROYO; IVAN DURAN; DOUG HAYNES; LISA CORTON and DOES 7-10,<br><br>Defendants. | CASE NO.:  5:22-cv-00100-JWH-KK<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**F.R.C.P. 41(A)(1)**<br><br>Courtroom: 9D, 9th Floor<br>Judge:  Hon. John W. Holcomb |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiff Tyanna Lizarraga, individually and as successor in interest to the Estate of Jose Albert Lizarraga Garcia, and Defendants City of Indio, Brook-Lin Edney, Timothy Lopez, Joseph Arroyo, Ivan Duran, Doug Haynes and Lisa Corton, hereby stipulate to an order dismissing this case in its entirety, with prejudice, each party to bear its/her/his own attorneys' fees and costs.

Good cause exists for the dismissal because the parties have reached a settlement.

Dated: February 23, 2023             /s/ Konrad M. Rasmussen
                                     _____
                                     Attorney for Defendants City of Indio,
                                     Brook-Lin Edney, Timothy Lopez, Joseph Arroyo,
                                     Ivan Duran, Doug Haynes and Lisa Corton

Dated: February 23, 2023             /s/ Thomas C. Seabaugh
                                     _____
                                     Attorney for Plaintiff Tyanna Lizarraga

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the contents of this document are acceptable to Plaintiff's counsel Thomas Seabaugh, and that I have obtained Mr. Seabaugh's authority to affix his electronic signature to this document.

Dated: February 23, 2023             /s/ Konrad M. Rasmussen
                                     _____
                                     Attorney for Defendants City of Indio,
                                     Brook-Lin Edney, Timothy Lopez, Joseph Arroyo,
                                     Ivan Duran, Doug Haynes and Lisa Corton