JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYANNA LIZARRAGA, individually and as successor-in-interest to Jose Albert Lizarraga Garcia,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF INDIO; BROOKE EDNEY; T. LOPEZ; JOSEPH ARROYO; IVAN DURAN; DOUG HAYNES; LISA CORTON and DOES 7-10,<br><br>　　　　Defendants. | CASE NO.: 5:22-cv-00100-JWH-KK<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Courtroom: 9D, 9th Floor<br>Judge: Hon. John W. Holcomb |

Presently before the court is a stipulation to dismiss this action in its entirety with prejudice filed by Plaintiff Tyanna Lizarraga, individually and as successor in interest to the Estate of Jose Albert Lizarraga Garcia, and Defendants City of Indio, Brook-Lin Edney, Timothy Lopez, Joseph Arroyo, Ivan Duran, Doug Haynes and Lisa Corton, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Having reviewed the stipulation, and good cause appearing, the Court hereby **ORDERS** as follows:

1. The stipulation is **GRANTED**.
2. This action is **DISMISSED** in its entirety **with prejudice**, with each party to bear its, her, or his own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 27, 2023

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE